JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 757 -- IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/02/16 | 1 | MOTION(incorporating BRIEF, SCHEDULE) -- Plaintiff James E. Williams -- W/CERTIFICATE OF SERVICE. (tmq) |
| 88/02/19 | 2 | MOTION TO DISMISS AS MOOT -- pltf. James E. Williams -- w/cert. of service  (cds) |
| 88/02/23 | | ORDER GRANTING WITHDRAWAL OF MOTION -- of A-1 and A-2 -- Notified involved counsel, judge and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 757 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 23, 1988 | M/W | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: February 23, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 757 -- IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James E. Williams v. Gilberto Romero, et al. | Ill.,N. | 85-C-10202 | | | | Mag. Kadenoxa |
| A-2 | James E. Williams v. M. Larson, et al. | Ill.,C. Baker | 87-2280 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 757 -- IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

Respectfully submitted,

*James E. Williams*
James E. Williams-Plaintiff
Reg. No. A-08018
P.O. Box 99
Pontiac, Illinois 61764

Shefsky, Saitlin & Froelich, LTD.
William H. Gifford Jr.
Clifford E. Yuknis
Attorneys in charge
suite 2300
444 North Michigan Avenue
Chicago, Illinois 60611
(312) 527-4000 tel.

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 757 -- IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

| Name of Party | Named as Party in Following Actions |
|---|---|
| G. ROMERO | A-1, |
| CLYDE NASH | A-1, |
| TIMOTHY CLEVENGER | A-1, |
| MICHAEL LOWERY | A-1, |
| LIEUTENANT PRICE | A-1, |
| GARY COOPER | A-1, |
| DONALD JOHNSON | A-1, |
| CECIL SMITH | A-1, |
| GREGORY LEE | A-1, |
| OFFICER BANKS | A-1, |
| EUGENE VENNEGONE | A-1, |