JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 23 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 757

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING JAMES EARL WILLIAMS

ORDER GRANTING
WITHDRAWAL OF MOTION

On February 16, 1988, plaintiff James Earl Williams moved the Panel to transfer, under 28 U.S.C. §1407, one action pending in the Central District of Illinois to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with one action pending there. Movant has now, in effect, requested that his motion be withdrawn.

IT IS THEREFORE ORDERED that the motion for Section 1407 centralization of the actions listed on the attached Schedule A be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

Northern District of Illinois

James E. Williams v. Gilberto Romero, et al.,
C.A. No. 85-C-10202

Central District of Illinois

James E. Williams v. M. Larson, et al.,
C.A. No. 87-2280